UNITED STATES DISTRICT COURT

DISTRICT OF THE MASSACHUSETTS CASE NO :

Daniel - Aguiar

v.

SANTANDER CONSUMER USA INCDBA

CCAP AUTO LEASE LTD

CHRYSLER CAPITAL SERVICER CCAP AUTO LEASE

PARTIES

1- The plaintiff is a natural person who resides at the 50 Island street, Apt 406, Lawrence – MA-01840.

2- The Defendant SANTANDER CONSUMER USA is a out of state business and the mailing address is PO BOX 660633, DALLAS – TX 75266.

3- THE CCAP AUTO LEASE has out of state office which is PO BOX 961272, FT WORTH TX 76161.

## JURISDICTION

4- The Court has the jurisdiction on this matter since the parties are located in the different states and amount of the damages exceeds $75000.0

## COUNT I

5- The Defendant violated the Plaintiff consumer rights by taking the plaintiff car without any prior notice and permission, and the plaintiff car a DODG, 2015, DURANG, WDEL75, TYPE : UTILITY, vin number 1C4RDJAG0FC695617, at night without any notice as the result they deprive the plaintiff and his family from means of transportation , and the plaintiff suffered financial loss and emotional damages.

6- The Defendants conduct violets the plaintiff rights in accordance to the Massachusetts consumer protection regulations also my rights in accordance to the Chapter 93A, The Defendants conduct has caused inconvenient for the plaintiff and my family and the plaintiff suffered financial and emotional damages .

WHEREFORE , THE PLAIINTIFF request respectfully Honorable court order immediate return of the plaintiff car and payment compensation for the plaintiff financial loss and the emotional distress .

The plaintiff request for the Jury trial on all counts .

Date : 07/19/2017          Respectfully Submitted By the Plaintiff :

Daniel - Agular

DANIEL- AGUEAR