UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL AGUIAR,<br><br>          Plaintiffs,<br><br>v.<br><br>SANTANDER CONSUMER USA INC. and CCAP AUTO LEASE LTD.,<br><br>          Defendants. | Civil Action No. 17-cv-11349-GAO |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendants, Santander Consumer USA Inc. d/b/a Chrysler Capital ("Santander") and CCAP Auto Lease Ltd. ("CCAP" and together with Santander "Defendants"), hereby answer the plaintiff's Complaint dated July 19, 2017 ("Complaint"), as follows:

### PRELIMINARY STATEMENT

By way of general response, all allegations are denied unless specifically admitted, and any factual averment admitted is admitted only as to the specific facts and not as to any conclusions, characterization, implications or speculations that are contained in the averment or in the Complaint as a whole. This preliminary statement is incorporated, to the extent appropriate, into each numbered paragraph of the Answer.

### PARTIES

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 and, therefore, neither admit nor deny the same.

2. Defendants admit that Santander is an Illinois corporation and that the mailing address stated in paragraph 2 belongs to Santander.

3. Defendants admit that CCAP receives mail at the address stated in paragraph 3.

## JURISDICTION

4. Denied.

## COUNT I

5. Denied.

6. Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Court lacks jurisdiction over this matter because the amount in controversy is less than $75,000.

### Second Affirmative Defense

The Complaint fails to state a claim upon which relief of any kind can be granted under any legal theory.

### Third Affirmative Defense

Plaintiff failed to take reasonable care or effort to avoid the damages he allegedly sustained, thus, he is not entitled to recover any damages.

### Fourth Affirmative Defense

Plaintiff failed to take reasonable care or effort to mitigate the damages he allegedly sustained, thus, he is not entitled to recover any damages.

### Fifth Affirmative Defense

The losses, if any, sustained by Plaintiff were the result of conduct of persons or entities over whom Defendants had no control or responsibility, and for whose conduct Defendants are thus not liable.

### Sixth Affirmative Defense

The M.G.L. c. 93A claim should be dismissed because Plaintiff failed to satisfy conditions precedent to maintaining an action under G.L. c. 93A.

### Seventh Affirmative Defense

Defendants give notice that they intend to rely upon any other defenses that may become available in the litigation and reserve their right to amend the answer to assert further defenses.

WHEREFORE, Defendants pray (1) that judgment be entered in their favor as to all Counts of Plaintiff's Complaint; (2) that the Court award Defendants' reasonable attorney's fees, and (3) that the Court grant such other relief as it deems appropriate.

Respectfully submitted,

Defendants,
SANTANDER CONSUMER USA INC. and CCAP AUTO LEASE LTD.
By their attorneys:


*/s/ Michael T. Grant*
Michael T. Grant (ct27968)
LeClairRyan, *A Professional Corporation*
One International Place, Suite 1110
Boston, MA  02110
Tel. No. (617) 502-8200
Fax No. (617) 502-8201
Email: michael.grant@leclairryan.com

Date:  August 9, 2017


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by first class mail to the parties identified below on August 9, 2017.

Daniel Aguiar
50 Island Street
Apt 406
Lawrence, MA 01840

/s/ Michael T. Grant